# Exhibit 1

**daily dot**

Tech   Internet Culture   Streaming   IRL   Video Originals   Dot Recs   About ∨



CSPAN

# Jan. 6 'Stop the Steal' organizer says he will be attending CPAC

CPAC apparently doesn't have a problem with it.



Jan. 6 Capitol riot organizer and "Stop The Steal" leader Daniel Bostic announced he would be attending the Conservative Political Action Conference (CPAC) in Orlando, Florida, later this week.

"I will be attending CPAC next week in Orlando, Florida! I'd love to meet up if you'll be there. Shoot me a DM! #CPAC2021," Bostic tweeted last Thursday.



**Daniel Bostic** ✓
@debostic

[ Follow ]

I will be attending @CPAC next week in Orlando, Florida!

I'd love to meet up if you'll be there.

Shoot me a DM!

#CPAC2021

2:49 PM - 18 Feb 2021

Daniel Bostic/Twitter

Bostic, a close ally to far-right activist Ali Alexander (formerly Ali Akbar), who is currently under an FBI investigation, helped coordinate the Jan. 6 Capitol insurrection while leading the "Stop The Steal" movement.

Bostic and Alexander are longtime friends who have grifted in far-right circles for over a decade.

"On Jan. 6, Bostic was in Washington with Alexander. The two can be clearly identified in video clips climbing the Capitol steps with Alex Jones," Salon reported in mid-January, in an article highlighting the duo's intertwined relationship.

The Daily Dot found that Bostic, on Jan. 6, defended the Capitol riots, while he marched in Washington, D.C.

"If you're calling a couple hundred agitators entering the US Capitol a 'coup,' then you are dumb. Like, really really dumb," Bostic tweeted. "You cannot expect elections to be conducted in secret without repercussions," he further remarked.

Bostic didn't respond to the Daily Dot's questions on Monday night about if CPAC organizers had questioned him ahead of the conference, which is slated to start on Thursday.

CPAC chairman Matt Schlapp and CPAC communications director Ian Walters also didn't return the Daily Dot's multiple requests for comment on the matter.

But it shows that CPAC, the mainstream conservative conference, still wants to maintain a cordial relationship with the most far-right members of the Republican party, despite the efforts in the past months to delegitimize the results of the 2020 election. Former President Donald Trump, who still hasn't publicly conceded, will be speaking Sunday.

CPAC organizer Matt Schlapp defended the decision yesterday.

> American Conservative Union Chairman Matt Schlapp defends his decision to invite Donald Trump to speak at CPAC this weekend, despite the former President's ongoing lie that he won the 2020 election. https://t.co/vboWYo5DjU pic.twitter.com/wOeCqdyMo5
>
> — Cuomo Prime Time (@CuomoPrimeTime) February 23, 2021

Former Vice President Mike Pence will not be attending, raising the question of if Pence is worried about these types of far-right activists, who marched through the Capitol demanding he be hung less than two months ago.

Also in attendance will be Scott Pressler, the leader of an anti-Muslim organization, who called Jan. 6: "The largest civil rights protest in American history."



However, not everyone is welcome. Yesterday, CPAC rescinded the invitation of a speaker after it was revealed he posted anti-Semitic content.

On Twitter, Young Pharaoh called out the organization, saying it was "censorship."

https://twitter.com/PHARAOH_ATEN_/status/1363978334435237888

Ironically, the theme of this year's CPAC is "America Uncanceled."

## This week's top technology stories

Leaked document reveals Patriot Front's barhopping, neo-Nazi-filled, fact-finding mission through Europe

How little tech is turning the tide in the fight against big tech

Gigi Sohn calls Republican accusations against her a big telecom-led effort to keep the FCC deadlocked

Donation site used by Freedom Convoy suffers 3rd data leak in two weeks

ISPs won't quit trying to derail California's 'gold standard' net neutrality law

Sign up to receive the Daily Dot's Internet Insider newsletter for urgent news from the frontline of online.

Share this article              *First Published: Feb 23, 2021, 9:05 am CST



### Zachary Petrizzo

Zachary Petrizzo is an undergraduate student at George Mason University and a Washington, D.C. based journalist.

