# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AUSTIN DIVISION

| | |
|---|---|
| DANIEL BOSTIC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 1:22-cv-158-RP |
| | § |
| THE DAILY DOT, LLC, *et al.*, | § |
| | § |
| Defendants. | § |

**DEFENDANT THE DAILY DOT, LLC'S**
**FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF DANIEL BOSTIC**

Pursuant to Federal Rule of Civil Procedure 34, Defendant The Daily Dot, LLC requests that Plaintiff Daniel Bostic produce copies of all documents responsive to the following requests for production:

**DEFINITIONS**

1. As set forth in Local Rule CV-26(b), the term "document" means any document or electronically stored information as described in Federal Rule of Civil Procedure 34(a). A draft of a nonidentical copy is a separate document within the meaning of this term. The term "document" also includes any "communication," which under Local Rule CV-26(b) means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise). The term "document" also includes final or any draft version(s) of emails, text messages, social media posts of any type, direct-messages sent or received through any social media platform, and communications exchanged through any type of messaging application (*e.g.*, iMessage, Messenger, Signal, WhatsApp, Slack, Telegram, Zello, etc.).

2. As set forth in Local Rule CV-26(b), the term "person" means any natural person or business, legal or governmental entity or association.

3. As set forth in Local Rule CV-26(b), the term "concerning" means relating to, referring to, describing, evidencing or constituting.

4. The terms "you" and "your" refer to Plaintiff Daniel Bostic and, consistent with Local Rule CV 26(b) and where applicable, any of Bostic's employees or partners.

5. The "Article" refers to the February 23, 2021, report identified in paragraph 3 of the Amended Complaint.

6. The "Petrizzo Salon Article" refers to the July 2, 2021, article published by Salon identified in paragraph 6 of the Amended Complaint.

7. The "Sollenberger Salon Article" refers to the article published by Salon on January 19, 2021, titled "How two friends' farcical, failed schemes ended with the biggest fail of all: Stop the Steal," available at https://www.salon.com/2021/01/19/how-two-friends-farcical-failed-schemes-ended-with-the-biggest-fail-of-all-stop-the-steal.

8. The term "documentary" refers to the "documentary film" or "the film" to which the Amended Complaint refers in paragraphs 6, 17-18, 33, 35, 37, 49-51.

9. The term "social media" refers to any virtual or online means of interacting with other persons through an online platform, including but not limited to Twitter, Facebook, Reddit, Instagram, YouTube, TikTok, Snapchat, LinkedIn, Pinterest, WeChat, MeWe, Rumble, Telegram, Parler, and Gab. It also refers to messaging platforms including but not limited to iMessage, Messenger, Signal, WhatsApp, Slack, Telegram, Zello, etc.

10. The term "Stop the Steal Group" refers to any formal or informal organization or group, without regard to legal formation, that (1) referred to itself publicly

or privately as "Stop the Steal," or "StopTheSteal," or "STS" or (2) used any such terms in its formal or informal name (*e.g.*, without limitation "Stop the Steal Political Action Committee," "STS Patriots," or "STS Management").

11.     "Washington, D.C. area" means the Washington Metropolitan Area, as defined at https://en.wikipedia.org/wiki/Washington_metropolitan_area.

## INSTRUCTIONS

1.      You are required, in responding to these requests, to provide, obtain, and furnish all documents available to you or to any of your representatives, employees, agents, brokers, servants, or attorneys, or that are in your possession or under your control, or in the possession or under the control of any of your representatives, employees, agents, brokers, servants, or attorneys.

2.      For any responsive documents stored in electronic format, including email, you will produce those documents in searchable electronic format through a file transfer protocol website, on CD-ROMs, DVD-ROMs, or portable or external hard drives, or through some other widely used electronic or optical storage media. All Microsoft Excel documents, PowerPoint documents, video, audio, and database-type files (e.g., Microsoft Access) will be produced in native format, and the requesting party reserves the right to seek production of other documents or categories of documents in native format. Each native file should be named according to the Bates number it has been assigned. Electronically created and stored documents must be produced in a manner that conveys where items begin and end (including attachments) and conveys the original timestamps and attributes, including but not limited to, in the case of emails, for example, the "to," "from," "cc," "bcc," "subject," and "time" fields.

3. To the extent search terms are used to collect any portion of the documents, you must, before collecting from any location containing documents with renderable text that may not be text-searchable (*e.g.*, non-OCR'ed PDF files), run an OCR protocol on that location.

4. The Daily Dot reserves the right to request that you identify any search terms used to help you locate and identify material potentially responsive to any of these requests and to request that additional search terms be applied.

5. When converting any electronically stored documents from native format into a production format (except for those materials in the formats identified above that must be produced in native format): (i) all tracked changes shall be retained in the manner in which they existed when the file was collected; (ii) any linked-object or embedded-object files shall not be extracted as separate documents; (iii) comments shall be retained in the manner in which they existed when the file was collected; (iv) hidden columns and rows shall be retained in the manner in which they existed when the file was collected; (v) presenter notes shall be retained in the manner in which they existed when the file was collected; and (vi) auto-populated fields shall be replaced with descriptive text for the item.

6. To the extent you withhold any responsive documents under any claim of privilege or other legal immunity, explain in detail, without disclosing the allegedly privileged information, the basis for the assertion and provide sufficient information in the form of a privilege log, including, as to each such document withheld: (1) the type of document being withheld; (2) the general subject matter of the document; (3) its date; (4) the name(s) of the document's author(s); (5) the name(s) of the document's addressee(s) and any other recipient(s); (6) where not apparent, the relationship of the document's author(s),

addressee(s), and any other recipient(s) to each other; and, (7) the basis for withholding the document.

7. If any document responsive to these Requests has been but is no longer in your possession, custody or control because it has been destroyed, discarded, or placed outside of your possession, custody or control, you must identify (1) each such document, (2) the type of document, (3) its general subject matter, (4) its date, (5) the name(s) and address(es) of each person who prepared, received, viewed or has or has had possession, custody or control of the document, (6) the specific reason for your inability to provide the document, and (7) the date you determined that the documents were missing or that they were destroyed.

8. If there are no documents responsive to any particular Request or part thereof, you must state so in your written response.

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:**

All documents created or exchanged between you and any other person from November 1, 2020, through March 31, 2021, concerning the 2020 U.S. presidential election, the Stop the Steal movement, or any Stop the Steal Group.

**Request for Production No. 2:**

All documents created or exchanged between you and any other person from November 1, 2020, through April 30, 2021, concerning any event, rally, demonstration, or gathering of any type planned or promoted by or affiliated in any way with any Stop the Steal Group.

**Request for Production No. 3:**

All documents created or exchanged between you and any other person from November 1, 2020, through April 30, 2021, concerning any event, rally, demonstration, or gathering of any type planned or promoted by or affiliated in any way with any organization or group of any type that disputed the results of the 2020 U.S. presidential election or disputed the integrity of the ballot-counting process in any state during that election.

**Request for Production No. 4:**

All documents concerning any activity of any sort that occurred in the Washington, D.C. area, from November 1, 2020, through April 30, 2021, concerning the 2020 U.S. presidential election.

**Request for Production No. 5:**

All documents exchanged between you and Ali Alexander from November 1, 2020, through January 31, 2021.

**Request for Production No. 6:**

All documents exchanged between you and any email account with the "@viceandvictory.com" domain from November 1, 2020, through January 31, 2021.

**Request for Production No. 7:**

All documents concerning Vice and Victory created or exchanged from November 1, 2020, through January 31, 2021.

**Request for Production No. 8:**

All documents concerning A Political Firm, LLC created or exchanged from November 1, 2020, through January 31, 2021.

**Request for Production No. 9:**

All documents you drafted, exchanged with any person, or received from any person from November 1, 2020, through January 31, 2021, containing any of the following terms, irrespective of capitalization and punctuation:

- Stop the Steal, #StoptheSteal, STS, #STS, stopthesteal.us, $stopthestealus
- Wild Protest, wildprotest.com, #WildProtest
- DoNotCertify, Do Not Certify, #DoNotCertify
- JAN6, #JAN6, Jan 6, Jan. 6, Jan6th, #Jan6th, January 6.
- 86184
- Women for America First, WFAF
- One Nation Under God
- Moms for America
- Ellipse
- Freedom Plaza
- Area 8, Area 9, Area Eight, Area Nine
- Lot 8, Lot 9, Lot Eight, Lot Nine
- Plot 8, Plot 9, Plot Eight, Plot Nine
- Oath Keepers, Oathkeepers, Morelock, Meggs, OK Gator, Tom Burgess, Tampa Tom, Kenneth Harrelson, Stewart Rhodes
- Proud Boys, PBs, Enrique Tarrio, Tarrio, Ethan Nordean, Joseph Biggs, Zachary Rehl

**Request for Production No. 10:**

All documents concerning any permit, sought on behalf of any person, to conduct any type of demonstration or event anywhere in the Washington, D.C. area from November 1, 2020, through January 31, 2021.

**Request for Production No. 11:**

All documents concerning the "WH event" referred to in this exchange included in material Ali Alexander produced to the Select January 6th Committee (the "Silver Pass Exchange"):[1]

| | | | | |
|---|---|---|---|---|
| Daniel Bostic | 1/5/21 16:30 | Incoming | Daniel Bostic | Jesse Binnall just asked if it‚Äôs possible to get him into the WH event tomorrow. I figure he‚Äôd be a good one to have there if possible. Nathan said I had to ask you. |
| Daniel Bostic | 1/5/21 16:47 | Outgoing | | Ok he can have a silver pass |
| Daniel Bostic | 1/5/21 16:49 | Incoming | Daniel Bostic | Great Thankyou |

**Request for Production No. 12:**

The full message string in which the message depicted in the above request appears.

**Request for Production No. 13:**

All documents concerning any "silver pass" of the type referred to in the Silver Pass Exchange or any "silver" wristbands or section relating to the "WH event" referred to in the Silver Pass Exchange or relating to any other activity that was planned or occurred on January 5, 2021, or January 6, 2021.

**Request for Production No. 14:**

All documents concerning any "blue" passes, wristbands or section relating to the "WH event" referred to in the Silver Pass Exchange or to any other activity that was planned or occurred on January 5, 2021, or January 6, 2021.

---

[1] *See* https://www.govinfo.gov/content/pkg/GPO-J6-DOC-CTRL0000017718/pdf/GPO-J6-DOC-CTRL0000017718.pdf at 10.

**Request for Production No. 15:**

The entire string of messages exchanged in any text-messaging group named, at any point from November 1, 2020, through January 31, 2021, as "STS," "STS Management," or "STS Patriots."

**Request for Production No. 16:**

The entire string of messages exchanged via text or in any messaging or chat group that sent any messages concerning the 2020 U.S. presidential election, the integrity of the ballot-counting process in any state during that election, or any Stop the Steal Group.

**Request for Production No. 17:**

All documents concerning any person's or group of persons' transportation to or from any meeting, event, rally, or gathering of any type planned or held from November 1, 2020, through April 30, 2021, that concerned the 2020 U.S. presidential election, the integrity of the ballot-counting process in any state during that election, or any Stop the Steal Group.

**Request for Production No. 18:**

All documents concerning any person's or group of persons' transportation to or from any meeting, event, rally, or gathering of any type planned or held from November 1, 2020, through January 31, 2021, that concerned the 2020 U.S. presidential election, the integrity of the ballot-counting process in any state during that election, any Stop the Steal Group, or any other organization or group of any type that disputed the results of the 2020 U.S. presidential election or disputed the integrity of the ballot-counting process in any state during that election.

**Request for Production No. 19:**

All documents concerning any activity you engaged in, or interaction you had with any person, from and including January 5, 2021, through January 6, 2021.

**Request for Production No. 20:**

All documents concerning Stop the Steal LLC, Stop the Steal Political Action Committee, any other Stop the Steal Group, or any other organization or group of any type that disputed the results of the 2020 U.S. presidential election or disputed the integrity of the ballot-counting process in any state during that election.

**Request for Production No. 21:**

All documents relating to any credit card or bank account(s) affiliated with or used by Stop the Steal LLC, Stop the Steal Political Action Committee, any other Stop the Steal Group, or any other organization or group of any type that disputed the results of the 2020 U.S. presidential election or disputed the integrity of the ballot-counting process in any state during that election, including but not limited to every monthly account statement.

**Request for Production No. 22:**

All documents concerning any Donorbox, PayPal, Cash App, Venmo, or any other account payment-processing account or fundraising platform to which you had account access from November 1, 2020, through April 30, 2021.

**Request for Production No. 23:**

All documents reflecting any travel arrangements, and/or payment of same, for you to appear at any rally, event, or gathering of any type that was promoted as being affiliated in any way with any Stop the Steal Group or that otherwise concerned the 2020 U.S. presidential election or the integrity of the ballot-counting process in any state during that election.

**Request for Production No. 24:**

All documents concerning any hotel you booked or that was booked for you in the Washington, D.C., area for any use by you or any other person from November 2020 through January 2021.

**Request for Production No. 25:**

All documents created or exchanged between you and any other person from November 1, 2020, through January 31, 2021, concerning any of the following hotels:

- Washington Marriott at Metro Center (775 12th Street, NW, Washington DC 20005);
- Holiday Inn Washington Capitol—National Mall (550 C Street, SW, Washington, DC 20024);
- Holiday Inn Alexandria at Carlyle (2460 Eisenhower Avenue, Alexandria, VA 22314); or
- Willard InterContinental Washington, D.C. (1401 Pennsylvania Avenue, NW, Washington DC 20004).

**Request for Production No. 26:**

All documents created or exchanged between you and any other person from November 1, 2020, through January 31, 2021, concerning any transportation or lodging booking codes concerning any Stop the Steal Group, including but not limited to RMP, STS, ST1.

**Request for Production No. 27:**

All documents concerning any payment you submitted or coordinated, or that was submitted on your behalf or at your direction, for any purchase or rental of any goods, services, or equipment concerning any event or gathering of any type that occurred at any time from November 1, 2020, through January 31, 2021, and that concerned the 2020 U.S. presidential election.

**Request for Production No. 28:**

All documents sent to, received by, or left in any draft folder of the email account daniel@stopthesteal.us or any other account with the @stopthesteal.us domain or any other domain related to or used by any Stop the Steal organization.

**Request for Production No. 29:**

All account records, including but not limited to call logs, pertaining to any use of the phone number 202-515-8152 from November 1, 2020, through April 30, 2021.

**Request for Production No. 30:**

All documents concerning any of the websites https://stopthesteal.us, https://wildprotest.com, https://donotcertify.com, or https://marchtosaveamerica.com.

**Request for Production No. 31:**

All documents concerning any type of removal or deletion on or after January 6, 2021, of any of your social media posts from any platform.

**Request for Production No. 32:**

All documents concerning the Article, the Petrizzo Salon Article, or the Sollenberger Salon Article.

**Request for Production No. 33:**

All documents concerning The Daily Dot, Zachary Petrizzo, or any person You believe or believed to be currently or previously affiliated with The Daily Dot.

**Request for Production No. 34:**

All documents you provided to or received from Kashyap Patel or any website, organization, or representative affiliated with him in any way concerning your potential claims against Defendants.

**Request for Production No. 35:**

All documents you exchanged with or received from any person affiliated with the Chris Stigall Show, the Steak for Breakfast podcast, or any other media organization or program you have spoken to, concerning any appearance on those shows that referred or related to the Article, this action, your claims against Defendants, any Stop the Steal Group, or the 2020 U.S. presidential election.

**Request for Production No. 36:**

All documents you exchanged with or received from Laura Sabatini from January 1, 2020, through the present concerning any therapy or psychiatric treatment you sought or received from her or anyone else.

**Request for Production No. 37:**

All documents concerning any mental health therapy or psychiatric treatment you received from January 1, 2020, through the present, including but not limited to any invoices or bills relating to such treatment.

**Request for Production No. 38:**

All documents concerning your potential, proposed, or actual appearance at any part of the Conservative Political Action Conference in any year on or after 2020.

**Request for Production No. 39:**

All documents you exchanged with or received from any person concerning any effort to discuss or promote the documentary.

**Request for Production No. 40:**

All federal and state tax returns, including any attachments or accompanying schedules, you submitted for each tax year from 2018 through the present.

**Request for Production No. 41:**

All W-2s or Form 1099s you received each tax year from 2018 through the present.

**Request for Production No. 42:**

All financial statements of and federal and state tax returns for AMDC LLC.

**Request for Production No. 43:**

All financial statements of and federal and state tax returns for Cystra LLC, Cystra Ventures Ltd. Co., and any corporation, limited liability company, partnership, sole proprietorship, non-profit organization, or venture of any other type in which you have any type of financial or other interest.

**Request for Production No. 44:**

All documents you contend support your claims against Defendants in any way.

**Request for Production No. 46:**

All images of any type, including but not limited to photographs and video, depicting the events in the Washington, D.C. area on January 5, 2021, through January 6, 2021.

**Request for Production No. 47:**

All phone records concerning any usage, from November 1, 2020, through January 31, 2021, of any cell phone or landline for which you are the account holder or to which you otherwise have lawful access.

Dated: May 5, 2023

Respectfully submitted,

By: /s/ *Matthew S.L. Cate*
Ashley I. Kissinger
State Bar No. 00795464
kissingera@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO  80202-5596
Telephone: 303.376.2407
Facsimile: 303.296.3956

Chad R. Bowman
(admitted *pro hac vice*)
bowmanchad@ballardspahr.com
Matthew S.L. Cate
(admitted *pro hac vice*)
catem@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC  20006-1157
Telephone: 202.661.2200
Facsimile: 202.661.2299

*Attorneys for Defendants The Daily Dot, LLC and Zachary Petrizzo*

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2023, I caused a copy of the foregoing document to be served on counsel for Plaintiff Daniel Bostic by delivering a copy via email.

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate
