# **EXHIBIT 6**

**From:** **Daniel Bostic** daniel@cystra.com
**Subject:** STS WH Event - Daniel Bostic List
**Date:** January 2, 2021 at 4:03 PM
**To:** Nathan Martin nathanmartin25@gmail.com

1. Levi Bollmann - levi.bollmann@gmail.com
2. Kyle Bollman - kbollman@aol.com
3. John Petters - jpeters@knology.net
4. Tim Bryant - timb@lcbcc.org
5. Erin Bryant - erinb@lcbcc.org
6. Patrick Lofoli (Security) - daniel@danielbostic.com

Thanks Nathan!
Daniel

CYSTRA
"The Enterprise Architects"
BTC: 3MPwQTK3Z4ynrSewUVV5U6zJ8BiP9PiUYc
CRW: 1LnJ24PXwHthrokMrFWJm512URmY9pM6Xh
Sent from ProtonMail, Swiss-based encrypted email.