# EXHIBIT 7

**From:** Ali A  ali@viceandvictory.com  📎
**Subject:** Fwd: Your Invoice (I210104150) from Boom Audio Services
**Date:** January 4, 2021 at 10:19 AM
**To:** Daniel Bostic  daniel@cystra.com
**Cc:** Nathan Martin  nathanmartin25@gmail.com

AA

Daniel, can you pay with STS card? Please

---------- Forwarded message ---------
From: **Cindy Chafian** <cindy.chafian@gmail.com>
Date: Mon, Jan 4, 2021 at 9:35 AM
Subject: Fwd: Your Invoice (I210104150) from Boom Audio Services
To: Ali A <ali@viceandvictory.com>

Invoice for payment.

---------- Forwarded message ---------
From: **Boom Audio Services** <no-reply@invoiceasap.com>
Date: Mon, Jan 4, 2021 at 9:33 AM
Subject: Your Invoice (I210104150) from Boom Audio Services
To: <cindy.chafian@gmail.com>

# Invoice Due: $9,500.00





## Boom Audio Services

**Invoice** #I210104150          **Due:** 01/04/2021
**Amount:** $9,500.00           **Balance:** $9,500.00

Hi Cindy,

Here is your Invoice for the Jumbotron. I have my LED team on hold, so please make payment as soon as possible, so I could confirm.

Please click "View Invoice" above to open the invoice.

This invoice may be paid online with any Credit / Debit card. There is a service charge for online payments.

Also, please use the link below to review our Event production agreement. Payment of this invoice indicates acceptance of the terms

Bostic_000611

agreement. Payment of this invoice indicates acceptance of the terms of the agreement.

We look forward to working with you!

Thanks
Richard Morales
Boom Audio Services

https://www.boomaudioservices.com/event-services-contract



--
Sent from Gmail Mobile



Boom Audio
Service...50.pdf

Bostic_000612