**EXHIBIT 8**

**From:** Kash Patel patelkpp@gmail.com
**Subject:** Re: Latest Filings
**Date:** August 3, 2022 at 4:30 PM
**To:** daniel@danielbostic.com
**Cc:** Erica@knight.agency, Silver Prout silver@knight.agency

Awesome thanks. Should we do some media?

> On Aug 3, 2022, at 13:10, daniel@danielbostic.com wrote:
>
> Latest filings are knockouts. See attached!
>
> Daniel
>
> Sent from ProtonMail, Swiss-based encrypted email.

  

BOSTIC'S MEMO...ISS.pdf    BOSTIC'S MEMO...ISS.pdf