# Exhibit 9

This exhibit is an audio file that cannot be electronically submitted using the Court's ECF system. A CD containing a copy of this exhibit will be filed directly with the Clerk of Court and served on all counsel.