IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AUSTIN DIVISION

| | |
|---|---|
| DANIEL BOSTIC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE DAILY DOT, LLC, *et al.*,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case No. 1:22-cv-158-RP<br>§<br>§<br>§<br>§<br>§<br>§ |

**STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS' FEES AND EXPENSES INCURRED IN CONNECTION WITH THE DAILY DOT LLC'S MOTION TO COMPEL DISCOVERY**

On December 21, 2023, the Court issued an order granting The Daily Dot's Motion to Compel ("Motion to Compel").  ECF No. 40.  The Court ordered Defendant The Daily Dot, LLC to file, by January 23, 2024, an application for attorney's fees and expenses incurred in connection with the Motion to Compel.  *Id.*

Pursuant to Local Rule CV-54(b)(2), Plaintiff and The Daily Dot, LLC hereby agree and stipulate to an award of attorneys' fees and expenses in the amount of $11,000.00.

[*signature block on next page*]

Dated: January 23, 2024

| | |
|---|---|
| /s/ Jason C. Greaves | /s/ Ashley I. Kissinger |
| Jason C. Greaves (TX Bar #24124953) | Ashley I. Kissinger (TX Bar #00795464) |
| BINNALL LAW GROUP, PLLC | BALLARD SPAHR LLP |
| 717 King Street, Suite 200 | 1225 17th Street, Suite 2300 |
| Alexandria, Virginia 22314 | Denver, CO  80202-5596 |
| Telephone: (703) 888-1943 | Telephone: 303.376.2407 |
| Facsimile: (703) 888-1930 | Facsimile: 303.296.3956 |
| jason@binnall.com | kissingera@ballardspahr.com |
| *Counsel for Plaintiff Daniel Bostic* | Chad R. Bowman (*pro hac vice*) |
| | Matthew S.L. Cate (*pro hac vice*) |
| | BALLARD SPAHR LLP |
| | 1909 K Street, NW, 12th Floor |
| | Washington, DC 20006-1157 |
| | Telephone: (202) 661-2200 |
| | Facsimile: (202) 661-2299 |
| | bowmanchad@ballardspahr.com |
| | catem@ballardspahr.com |
| | *Counsel for Defendants Clarion Media Group, LLC, The Daily Dot, LLC and Zachary Petrizzo* |

Pursuant to the foregoing stipulation, The Daily Dot, LLC is hereby awarded $11,000.00 in attorneys' fees and expenses incurred in connection with its Motion to Compel (ECF No. 36).

IT IS SO ORDERED.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I certify that on January 23, 2024, I caused a copy of the foregoing document to be served on counsel for Plaintiff Daniel Bostic by filing it with the Court's CM/ECF system, which provides service to all counsel of record.

*/s/ Ashley I. Kissinger*
Ashley I. Kissinger
