IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AUSTIN DIVISION

| | |
|---|---|
| DANIEL BOSTIC, | § |
| Plaintiff, | § |
| v. | § Case No. 1:22-cv-158-RP |
| THE DAILY DOT, LLC, et al., | § |
| Defendants. | § |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Daniel Bostic and Defendants The Daily Dot, LLC and Zachary Petrizzo, through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, with each party bearing their own costs, expenses, and attorneys' fees.

[signature block on next page]

Dated: April 1, 2024

| | |
|---|---|
| /s/ Jason C. Greaves | /s/ Ashley I. Kissinger |
| Jason C. Greaves | Ashley I. Kissinger |
| State Bar No. 24124953 | State Bar No. 00795464 |
| jason@binnall.com | kissingera@ballardspahr.com |
| Binnall Law Group, PLLC | BALLARD SPAHR LLP |
| 717 King Street, Suite 200 | 1225 17th Street, Suite 2300 |
| Alexandria, Virginia 22314 | Denver, CO 80202-5596 |
| Telephone: 703.888.1943 | Telephone: 303.376.2407 |
| Facsimile: 703.888.1930 | Facsimile: 303.296.3956 |
| Attorney for Plaintiff Daniel Bostic | Chad R. Bowman |
| | (admitted pro hac vice) |
| | bowmanchad@ballardspahr.com |
| | Matthew S.L. Cate |
| | (admitted pro hac vice) |
| | catem@ballardspahr.com |
| | BALLARD SPAHR LLP |
| | 1909 K Street, NW |
| | 12th Floor |
| | Washington, DC 20006-1157 |
| | Telephone: 202.661.2200 |
| | Facsimile: 202.661.2299 |
| | Attorneys for Defendants The Daily Dot, LLC and Zachary Petrizzo |